|Lynda Renee |[pic] |The State of |
|SolomonAppellant | |TexasAppellee |

 Fourth Court of Appeals
 San Antonio, Texas

 October 22, 2013

 No. 04-13-00467-CR

 Lynda Renee SOLOMON,
 Appellant

 v.

 The STATE of Texas,
 Appellee

 From the 82nd District Court, Falls County, Texas
 Trial Court No. 9165
 Robert Miller Stem, Judge Presiding

 ORDER

 The Appellant's motion for extension of time to file the brief is
GRANTED. Time is extended to December 13, 2013. NO FURTHER EXTENSIONS WILL
BE GRANTED.
 cms

 _________________________________
 Catherine Stone, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal
of the said court on this 22nd day of October, 2013.

 ___________________________________
 Keith E. Hottle
 Clerk of Court